[Civ. No. 12974. Second Appellate District, Division Two.—February 26, 1941.]

HARRY E. BRADLEY, etc., Respondent, v. C. RYLAARSDAM, Appellant.

George Cohn for Appellant.

H. Sidney Laughlin for Respondent.

THE COURT.—The respondent having filed his motion to dismiss the appeal in the above-entitled matter, supported by a certificate of the clerk of the superior court setting forth the facts required by rule VI of this court, and it appearing that all of the grounds stated in the motion are supported by the said certificate and by the authorities cited,

It is ordered that this appeal be, and the same hereby is, dismissed.